IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| CDX Gas, LLC, *et al.* [1] § | CASE NO. 08-37922 |
| § | |
| § | **(Chapter 11)** |
| DEBTORS. § | **(Jointly Administered)** |
| § | |

**NOTICE OF NO QUALIFIED BIDDERS**
**(RELATES TO DKT. NO. 568)**

**TO THE HONORABLE LETITIA Z. PAUL,**
**UNITED STATES BANKRUPTCY JUDGE:**

On May 13, 2009, the Court entered the Order (Dkt. No. 568, the "Order") approving the Debtors' *Expedited Motion of the Debtors for an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets and Equity Interests of the Estates to EnerVest Energy Institutional Fund XI-A, L.P. and EnerVest Energy Institutional Fund XI-WI, L.P.; (B) Scheduling an Auction and Hearing to Consider Approval of the Sale; (C) Approving Notice Relating to the Sale; and (D) Granting Related Relief* (Dkt. No. 503, the "Motion").[2]

Pursuant to the Bidding Procedures attached to the Order as Exhibit "A", CDX Gas, LLC, in consultation with the First Lien Agent and Second Lien Agent, shall make an initial determination as to which prospective bidders have qualified to become a Qualified Bidder by June 10, 2009 and give prompt notice thereof to the First Lien Agent and Second Lien Agent. On June 10, 2009, counsel to the Debtors contacted counsel to the First Lien Agent and Second

---

[1] The Debtors are: (1) CD Exploration, LLC, (2) CDX Acquisition Company, LLC, (3) CDX Barnett, LLC, (4) CDX Bishop Creek, LLC, (5) CDX East, LLC, (6) CDX Gas International, LLC, (7) CDX Gas, LLC, (8) CDX Isolate, LLC, (9) CDX Minerals, LLC, (10) CDX North America, LLC, (11) CDX Operating, LLC, (12) CDX Panther, LLC, (13) CDX Plum Creek, JV, (14) CDX Sequoya, LLC, (15) CDX Services, LLC, (16) CDX Shale, LLC, (17) CDX Tapicito, LLC, (18) CMV Joint Venture, (19) Arkoma Gathering, LLC, (20) Cahaba Gathering, LLC, (21) CDX Canada, Co., and (22) CDX Rio, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

Page 1 of 2

Dallas 1573258v.1

Lien Agent to inform them of the Debtors' determination that no prospective bidders have qualified to become a Qualified Bidder.

Dated: June 12, 2009

        Respectfully submitted,

        **VINSON & ELKINS LLP**

        By:   */s/ L. Prentiss Cutshaw*
              Harry Perrin, SBT #1579800
              John E. West, SBT #21202500
              First City Tower
              1001 Fannin Street, Suite 2500
              Houston, TX 77002-6760
              Tel:  713.758.2222
              Fax:  713.758.2346
              hperrin@velaw.com
              jwest@velaw.com

        and

        John E. Mitchell, SBT #00797095
        L. Prentiss Cutshaw, SBT #24059639
        Trammell Crow Center
        2001 Ross Avenue, Suite 3700
        Dallas, Texas 75201
        Tel:  214.220.7700
        Fax: 214.999.7787
        jmitchell@velaw.com
        pcutshaw@velaw.com

        **ATTORNEYS FOR THE DEBTORS**