IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| CDX Gas, LLC, *et al.*[1] § | CASE NO. 08-37922 |
| § | |
| DEBTORS. § | (Chapter 11) |
| § | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF THE DEBTORS' JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**Confirmation of the Plan.** On September 23, 2009, the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") entered an order (Dkt. No. 1029 the "Confirmation Order") confirming the *Second Amended Joint Plan of Reorganization* (Dkt. No. 883, the "Plan"). Unless otherwise defined in this Notice, all capitalized terms shall have the meanings ascribed to them in the Plan.

**Name Change.** On or about September 30, 2009, Debtor CDX Gas, LLC changed its name to Vitruvian Exploration, LLC ("Vitruvian"). Parties in interest may contact Vitruvian at 1001 McKinney Street, Sutie 1600, Houston, Texas 77002, phone: (713) 346-2500, fax: (713) 346-2501, website: www.vexpl.com.

**Effective Date of the Plan.** Pursuant to the Plan and Confirmation Order, the Effective Date of the Plan occurred on October 6, 2009. As of the Effective Date, the terms of the Plan (including the Plan Supplement and all documents and agreements executed pursuant to the Plan) and the Confirmation Order are binding upon the Debtors and all Holders of Claims and Interests, whether or not such Claims or Interests are Impaired and whether or not the Holders of such Claims and Interests have accepted the Plan.

**Termination of Automatic Stay.** The automatic stay provided for in the Chapter 11 Cases under § 362 of the Bankruptcy Code terminated upon the Effective Date.

**The Plan and Other Documents/Questions.** You may obtain copies of pleadings filed in these cases without charge by visiting http://chapter11.epiqsystems.com/cdx, or by contacting Cindy Whitman, paralegal at Vinson & Elkins LLP, at the Houston address given below. All documents filed in the cases may also be viewed electronically on the PACER system at http://ecf.txsb.uscourts.gov and are on file with the Clerk of the Court, 515 Rusk Street, Suite 5300, Houston, Texas, where they are available for review between the hours of 8:00 a.m. – 5:00 p.m. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

---

[1] The Debtors are: (1) CD Exploration, LLC, (2) CDX Acquisition Company, LLC, (3) CDX Barnett, LLC, (4) CDX Bishop Creek, LLC, (5) CDX East, LLC, (6) CDX Gas International, LLC, (7) CDX Gas, LLC, (8) CDX Isolate, LLC, (9) CDX Minerals, LLC, (10) CDX North America, LLC, (11) CDX Operating, LLC, (12) CDX Panther, LLC, (13) CDX Plum Creek, JV, (14) CDX Sequoya, LLC, (15) CDX Services, LLC, (16) CDX Shale, LLC, (17) CDX Tapicito, LLC, (18) CMV Joint Venture, (19) Cahaba Gathering, LLC, and (20) CDX Canada, Co.

Dated: October 6, 2009

**VINSON & ELKINS L.L.P.**

By:   */s/ Harry A. Perrin*
Harry A. Perrin, SBT #1579800
John E. West, SBT #21202500
Ginny A. Maslin, SBT #24055918
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346
hperrin@velaw.com
jwest@velaw.com
gmaslin@velaw.com

-and-

John E. Mitchell, SBT #00797095
Prentiss Cutshaw, SBT #24059639
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7716
jmitchell@velaw.com
pcutshaw@velaw.com

**ATTORNEYS FOR THE DEBTORS**

US 75855v.1